AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Oregon

| | |
|---|---|
| University of Oregon; Oregon State University; University of Southern California; Arizona State University; California Institute of Technology; Chapman University, et al. <br> *Plaintiff(s)* <br> v. <br> United States Department of Homeland Security; U.S. Immigration and Customs Enforcement; Chad F. Wolf; Matthew Albence <br> *Defendant(s)* | Civil Action No. 6:20-cv-01127-MK |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  United States Department of Homeland Security
2707 Martin Luther King Jr Ave SE
Washington, DC 20528-0485

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Matthew D. McGill
Gibson Dunn & Crutcher
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036-5306

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MARY L. MORAN**, *Clerk of Court*

Date: **07/14/2020**

By: *s/J. Wall*, Deputy Clerk

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 6:20-cv-1127

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  United States Department of Homeland Security
was received by me on *(date)*  07/14/2020  .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  Sarah Hengel, clerical employee  , who is designated by law to accept service of process on behalf of *(name of organization)*  Billy J. Williams, United States Attorney for the District of Oregon  on *(date)*  07/14/2020  ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  07/15/2020

*Server's signature*

Mitch Wirth, Process Server
*Printed name and title*

1201 S.W. 12th Avenue, Suite 300
Portland, OR 97205
*Server's address*

Additional information regarding attempted service, etc:
Also received Summons for U.S. Immigration and Customs Enforcement; Summons for Chad F. Wolf, Acting Secretary of Homeland Security; and Summons for Matthew Albence, U.S. Immigration and Customs Enforcement on 7/14/2020 and personally delivered to the authorized agent stated above at 1000 SW Third Ave, Suite 600, Portland, Oregon 97204. Additonal documents served are listed in Attachment A.

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 6:20-cv-1127

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  U.S. Department of Homeland Security
was received by me on *(date)* 07/14/2020 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* On July 14, 2020, I caused the summons to be mailed via certified mail to U.S. Department of Homeland Security; to the Civil Process Clerk, United States Attorney's Office, 555 Fourth Street, N.W., Washington D.C. 20530; William Barr Attorney General, U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington D.C. 20530

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 07/14/2020

*Server's signature*

Joshua M. Wesneski, Attorney
*Printed name and title*

1050 Connecticut Ave, NW
Washington D.C, 20036

*Server's address*

Additional information regarding attempted service, etc:
Additional documents served are listed in Attachment A.

**Attachment A**

1. Complaint (ECF No. 1)
    a. Civil Cover Sheet (ECF No. 1-1)
2. Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 2)
3. Southwell Declaration (ECF No. 3)
    a. Exhibit A (ECF No. 3-1)
    b. Exhibit B (ECF No. 3-2)
    c. Exhibit C (ECF No. 3-3)
    d. Exhibit D (ECF No. 3-4)
    e. Exhibit E (ECF No. 3-5)
    f. Exhibit F (ECF No. 3-6)
    g. Exhibit G (ECF No. 3-7)
    h. Exhibit H (ECF No. 3-8)
    i. Exhibit I (ECF No. 3-9)
    j. Exhibit J (ECF No. 3-10)
    k. Exhibit K (ECF No. 3-11)
    l. Exhibit L (ECF No. 3-12)
    m. Exhibit M (ECF No. 3-13)
4. Gaines Declaration (ECF No. 4)
5. Galvan Declaration (ECF No. 5)
6. Larson Declaration (ECF No. 6)
7. Kalfayan Declaration (ECF No. 7)
8. Zukoski Declaration (ECF No. 8)
9. Memiaghe Declaration (ECF No. 9)
10. Cascante Matamoros Declaration (ECF No. 10)
11. Yang Declaration (ECF No. 11)
12. Motion for Summary Judgment (ECF No. 12)
13. Southwell Declaration (ECF No. 13)
    a. Exhibit A (ECF No.1 3-1)
    b. Exhibit B (ECF No. 13-2)
    c. Exhibit C (ECF No. 13-3)
    d. Exhibit D (ECF No. 13-4)
    e. Exhibit E (ECF No. 13-5)
    f. Exhibit F (ECF No. 13-6)
    g. Exhibit G (ECF No.1 3-7)
    h. Exhibit H (ECF No.1 3-8)
    i. Exhibit I (ECF No.1 3-9)
    j. Exhibit J (ECF No. 13-10)
    k. Exhibit K (ECF No. 13-11)
    l. Exhibit L (ECF No. 13-12)
    m. Exhibit M (ECF No. 13-13)
14. Gaines Declaration (ECF No. 14)
15. Galvan Declaration (ECF No. 15)
16. Larson Declaration (ECF No. 16)
17. Kalfayan Declaration (ECF No. 17)
18. Zukoski Declaration (ECF No.1 8)

19. Memiaghe Declaration (ECF No. 19)
20. Cascante Matamoros Declaration (ECF No. 20)
21. Yang Declaration (ECF No. 21)
22. Motion to Expedite or Accelerate (ECF No. 22)

Case 6:20-cv-01127-MK   Document 40   Filed 07/16/20   Page 6 of 8

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Office of the General Counsel
   U.S. Department of Homeland Security
   2707 Martin Luther King Jr. Ave SE
   Washington, D.C. 20536

   9590 9402 5505 9249 9627 69

2. Article Number (Transfer from service label)

   91 7199 9991 7035 2066 7080

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X                                          ☐ Agent
                                              ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ ... (over $500) ...tricted Delivery

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053                Domestic Return Receipt

---

Label 228, March 2016 — FOR DOMESTIC AND INTERNATIONAL USE

TO:
Office of the General Counsel
U.S. Department of Homeland Security
2707 Martin Luther King Jr. Ave, SE
Washington D.C. 20528

Aaron Smith

FROM:

PRIORITY MAIL

91 7199 9991 7035 2066 7080

CERTIFIED MAIL

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE
UNITED STATES POSTAL SERVICE®



PRIORITY ★ MAIL ★   TRACKED ★★★ INSURED

UNITED STATES



U.S. POSTAGE ≫ PITNEY
ZIP 90071
02 4W
0000343455 JUL 14
$033.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery |
| 1. Article Addressed to:<br><br>Civil Process Clerk<br>United States Attorney's Office<br>555 Fourth Street N.W.<br>Washington D.C. 20530<br><br>‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 5505 9249 9626 60 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Adult Signature                ☐ Priority Mail Express®<br>☐ Adult Signature Restricted Delivery  ☐ Registered Mail™<br>☐ Certified Mail®               ☐ Registered Mail Restricted Delivery<br>☐ Certified Mail Restricted Delivery  ☐ Return Receipt for Merchandise<br>☐ Collect on Delivery           ☐ Signature Confirmation™<br>☐ Collect on Delivery Restricted Delivery  ☐ Signature Confirmation Restricted Delivery |
| 2. Article Number:<br>91 7199 9991 7035 2066 7127 | |

PS Form 3811, July 2015 PSN 7530-02-000-9053 — Domestic Return Receipt

---

PRIORITY MAIL ★

FROM:
GIBSON, DUNN & CRUTCHER LLP
1050 CONNECTICUT AVE, N.W.
WASHINGTON DC 20036
Aaron Smith

TO:
Civil Process Clerk
United States Attorney's Office
555 Fourth Street, N.W.
Washington D.C. 20530



91 7199 9991 7035 2066 7127
CERTIFIED MAIL

Label 228, March 2016 — FOR DOMESTIC AND INTERNATIONAL USE



PRIORITY ★ MAIL ★   TRACKED ★★★ INSURED

UNITED STATES POSTAL SERVICE®
For Domestic and International Use    Label 107R, May 2014





ZIP 90071
02 4W
0000343455
U.S. POSTAGE ≫ PITNEY BOWES
$033.10°
JUL 14 2020

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   William Barr
   Attorney General
   U.S. Department of Justice
   950 Pennsylvania Ave N.W.
   Washington D.C. 20530

   9590 9402 5505 9249 9626 77

2. Article Number (Transfer from service label)

   91 7199 9991 7035 2066 7134

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

---

Label 228, March 2016 — FOR DOMESTIC AND INTERNATIONAL USE

**PRIORITY MAIL**

FROM:
GIBSON, DUNN & CRUTCHER, LLP
1050 CONNECTICUT AVE., N.W.
WASHINGTON DC 20036
Aaron Smith

TO:
William Barr
Attorney General
U.S. Department of Justice
950 Pennsylvania Ave, N.W.
Washington D.C. 20530



CERTIFIED MAIL
91 7199 9991 7035 2066 7134

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE
UNITED STATES POSTAL SERVICE®



PRIORITY MAIL — TRACKED ★★★ INSURED



UNITED STATES POSTAL SERVICE®

For Domestic and International Use    Label 107R, May 2014





ZIP 90071
02 4W
0000343455
$033.10°
U.S. POSTAGE » PITNEY BOWES
JUL 14 2020