Kevin S. Reed (OBN #160574)
  ksreed@uoregon.edu
Douglas Y.S. Park (OBN #980904)
  dougpark@uoregon.edu
Jessica Price (OBN #182104) (*LR 83-4 pending*)
  jgprice@uoregon.edu
University of Oregon
Office of General Counsel
1226 University of Oregon
Eugene, OR  97403
Phone: (541) 346-3082

Rebecca Gose (OBN #105712)
  rebecca.gose@oregonstate.edu
Julie Penry (OBN #053440)
  julie.penry@oregonstate.edu
Whitney Hill (OBN 093849)
  whitney.hill@oregonstate.edu
Oregon State University
Office of the General Counsel
630 Kerr Admin Bldg
Corvallis, OR  97331
Phone: (541) 737-2474

*Attorneys for Plaintiffs*

Billy J. Williams, OSB #901366
United States Attorney
District of Oregon
Patrick J. Conti, OSB #141308
Assistant United States Attorney
patrick.conti@usdoj.gov
Austin Rice-Stitt, WSB #42166
Assistant United States Attorney
austin.rice-stitt@usdoj.gov
United States Attorney's Office
1000 SW Third Ave., Suite 600
Portland, Oregon 97204
Telephone:    (503) 727-1024
Facsimile     (503) 727-1117

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| UNIVERSITY OF OREGON; OREGON STATE UNIVERSITY; UNIVERSITY OF SOUTHERN CALIFORNIA; ARIZONA STATE UNIVERSITY; CALIFORNIA INSTITUTE OF TECHNOLOGY; CHAPMAN UNIVERSITY; CLAREMONT MCKENNA COLLEGE; NORTHERN ARIZONA UNIVERSITY; PITZER COLLEGE; POMONA COLLEGE; PRESIDENT AND BOARD OF TRUSTEES OF SANTA CLARA COLLEGE; SCRIPPS COLLEGE; SEATTLE UNIVERSITY; STANFORD UNIVERSITY; SAINT MARY'S COLLEGE OF CALIFORNIA; UNIVERSITY OF ARIZONA; UNIVERSITY | Case No.  6:20-cv-01127-MK<br><br>JOINT STATUS REPORT |

OF THE PACIFIC; UNIVERSITY OF SAN DIEGO; UNIVERSITY OF SAN FRANCISCO; and UNIVERSITY OF UTAH,

                            Plaintiffs,

      v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; CHAD F. WOLF, in his official capacity as Acting Secretary of the United States Department of Homeland Security; and MATTHEW ALBENCE, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement,

                            Defendants.

Joint Status Report

## JOINT STATUS REPORT

On July 15, 2020, the Court directed the parties to file a joint status report by noon on Friday, July 17, 2020 informing the Court how they would like to proceed. Pursuant to that directive, the parties jointly state as follows:

1. Defendants have agreed to rescind, on a nationwide basis, the July 6, 2020 broadcast message and the July 7, 2020 Frequently-Asked-Questions (the "July Broadcast") at issue in this matter, and have also agreed to rescind implementation of the July Broadcast. Defendants further have agreed to return to the March 9, 2020, and March 13, 2020 guidance published at https://www.ice.gov/coronavirus (the "March Broadcast").

2. To effectuate their agreement to rescind the July Broadcast, Defendants have removed the July Broadcast from https://www.ice.gov/coronavirus, where it was previously posted, and have represented in federal court that such July Broadcast has been rescinded. Defendants believe the transmission's removal from https://www.ice.gov/coronavirus is sufficient to effectuate its rescission. Defendants further represent that they ceased implementation of the July Broadcast and have reverted to applying the March Broadcast.

3. In view of Defendants' agreement to rescind the July Broadcast and representation that they will not apply the July Broadcast to SEVP stakeholders, Plaintiffs hereby withdraw without prejudice their motion for a temporary restraining order and preliminary injunction (Dkt. 2), their motion for summary judgment (Dkt. 12), and their motion to expedite or accelerate (Dkt. 22).

4. Plaintiffs have shared with Defendants their concern that removal of the July Broadcast from https://www.ice.gov/coronavirus without any further publication of a notice that the July Broadcast has been rescinded and that the March Broadcast is, once again, in force and effect, will perpetuate confusion among other agencies, Plaintiffs' students, and the public at

large. Plaintiffs have received at least one report of a student who, on July 16, was denied a F-1 visa on the basis of the July Broadcast that Defendants represent was rescinded. The parties will therefore meet and confer as to whether Defendants' removal of the July Broadcast from https://www.ice.gov/coronavirus suffices to resolve Plaintiffs' claims for relief in this action. The parties respectfully request that they be permitted to provide an additional joint status report in this matter by July 27, 2020.

DATED:  July 17, 2020

  /s/ *Kevin S. Reed*

Kevin S. Reed (OBN #160574)
 ksreed@uoregon.edu
University of Oregon
Office of General Counsel
1226 University of Oregon
Eugene, OR  97403
Phone: (541) 346-3082

*Attorney for Plaintiffs*

*BILLY J. WILLIAMS*
*United States Attorney*
*District of Oregon*

*s/ Patrick J. Conti*
Patrick J. Conti (he/him)
Assistant United States Attorney
Austin Rice-Stitt (he/him)
Assistant United States Attorney

*Attorneys for Defendants*

**Certification of Service**

I hereby certify that this document has been filed through the Court's ECF system and will be sent electronically to the registered participants.

DATED:  July 17, 2020                                    /s/ *Kevin S. Reed*

                                                                    Kevin S. Reed (OBN #160574)

                                                                    *Attorney for Plaintiffs*