Kevin S. Reed (OBN #160574)
  ksreed@uoregon.edu
Douglas Y.S. Park (OBN #980904)
  dougpark@uoregon.edu
Jessica Price (OBN #182104)
  jgprice@uoregon.edu
University of Oregon
Office of General Counsel
1226 University of Oregon
Eugene, OR  97403
Phone: (541) 346-3082

Rebecca Gose (OBN #105712)
  rebecca.gose@oregonstate.edu
Julie Penry (OBN #053440)
  julie.penry@oregonstate.edu
Whitney Hill (OBN 093849)
  whitney.hill@oregonstate.edu
Oregon State University
Office of the General Counsel
630 Kerr Admin Bldg
Corvallis, OR  97331
Phone: (541) 737-2474

*Attorneys for Plaintiffs*

Billy J. Williams, OSB #901366
United States Attorney
District of Oregon
Patrick J. Conti, OSB #141308
Assistant United States Attorney
patrick.conti@usdoj.gov
Austin Rice-Stitt, WSB #42166
Assistant United States Attorney
austin.rice-stitt@usdoj.gov
United States Attorney's Office
1000 SW Third Ave., Suite 600
Portland, Oregon 97204
Telephone:    (503) 727-1024
Facsimile     (503) 727-1117

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| UNIVERSITY OF OREGON; OREGON STATE UNIVERSITY; UNIVERSITY OF SOUTHERN CALIFORNIA; ARIZONA STATE UNIVERSITY; CALIFORNIA INSTITUTE OF TECHNOLOGY; CHAPMAN UNIVERSITY; CLAREMONT MCKENNA COLLEGE; NORTHERN ARIZONA UNIVERSITY; PITZER COLLEGE; POMONA COLLEGE; PRESIDENT AND BOARD OF TRUSTEES OF SANTA CLARA COLLEGE; SCRIPPS COLLEGE; SEATTLE UNIVERSITY; STANFORD UNIVERSITY; SAINT MARY'S COLLEGE OF CALIFORNIA; UNIVERSITY OF ARIZONA; UNIVERSITY | Case No.  6:20-cv-01127-MK<br><br>JOINT STATUS REPORT |

Joint Status Report

| |
|---|
| OF THE PACIFIC; UNIVERSITY OF SAN DIEGO; UNIVERSITY OF SAN FRANCISCO; and UNIVERSITY OF UTAH,<br><br>         Plaintiffs,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; CHAD F. WOLF, in his official capacity as Acting Secretary of the United States Department of Homeland Security; and MATTHEW ALBENCE, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement,<br><br>         Defendants. |

  Joint Status Report

## JOINT STATUS REPORT

On July 29, 2020, the Court directed the parties to file a joint status report by August 7, 2020. Pursuant to that directive, the parties state as follows:

Since the last status report, the parties have conferred about whether the case should be dismissed. Those discussions are ongoing. The parties jointly request an additional 20 days in which to confer and thereafter provide a report to the Court, if the case remains pending.

DATED: August 7, 2020

/s/ *Kevin S. Reed*

Kevin S. Reed (OBN #160574)
ksreed@uoregon.edu
University of Oregon
Office of General Counsel
1226 University of Oregon
Eugene, OR  97403
Phone: (541) 346-3082

*Attorney for Plaintiffs*

BILLY J. WILLIAMS
*United States Attorney*
*District of Oregon*

s/ *Patrick J. Conti*
Patrick J. Conti (he/him)
Assistant United States Attorney
Austin Rice-Stitt (he/him)
Assistant United States Attorney

*Attorneys for Defendants*

## Certification of Service

I hereby certify that this document has been filed through the Court's ECF system and will be sent electronically to the registered participants.

DATED: August 7, 2020                    /s/ *Kevin S. Reed*

                                        Kevin S. Reed (OBN #160574)

                                        *Attorney for Plaintiffs*